BEFORE THE FIRST DIVISION, SEPTEMBER 18, 1959

No. 63356.—Mattoon & Co., Inc., and Pacific Overseas, Inc., et al. v. United States, protests 306840–K, etc. (Los Angeles).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C.C.P.A. 39, C.A.D. 669), the claim in protest 306840–K at 20 percent under paragraph 412, as modified by T.D. 51802, and by amendment of protests 329600–K and 58/308 at 19 percent under said paragraph, as modified by T.D. 54108, was sustained.

No. 63357.—We Moderns, Inc. v. United States, protest 58/15726 (New York).

Opinion by MOLLISON, J.   In accordance with oral stipulation of counsel that the proper classification of the merchandise is as claimed in the protest, the claim of the plaintiff was sustained.

No. 63358.—Carson M. Simon & Company v. United States, protests 58/17838 and 58/20711 (Philadelphia).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C.C.P.A. 39, C.A.D. 669), the claim of the plaintiff was sustained.

No. 63359.—Wheeler & Miller v. United States, protest 58/8015 (San Francisco).

Opinion by MOLLISON, J.   In accordance with oral stipulation of counsel that paragraph 1539, *supra*, is inapplicable, the claim of the plaintiff was sustained.